(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Alberto M. Law  #424538
(Name of Plaintiff)   (Inmate Number)

P.O. Box 9561, Wilmington, DE 19809
(Complete Address with zip code)

07-164

(2) _____
(Name of Plaintiff)   (Inmate Number)

(Case Number)
( to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

CIVIL COMPLAINT

(1) Edward C. Pankowski

(2) _____

• • Jury Trial Requested

(3) _____
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

FILED
MAR 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

N/A

_____
_____
_____
_____

II.  **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.  Is there a prisoner grievance procedure available at your present institution? ••(Yes) ••No

B.  Have you fully exhausted your available administrative remedies regarding each of your present claims? ••(Yes) ••No

C.  If your answer to "B" is Yes:

   1. What steps did you take? I've Consulted with my Attorney Phonecalls + Letter.

   2. What was the result? My Attorney Refuses to Offer ME the Legal Assistance that is Required By Law for him to Do.

D.  If your answer to "B" is No, explain why not: _____

III.  **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Edward C. Pankowski

Employed as public defender at The public defenders office

Mailing address with zip code: Carvel State office Building 820 North French Street Wilmington, DE 19801

(2) Name of second defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. My Attorney / Public Defender Mr. Bankowski has violated my Constitution rights and has Broke every Rule of Professional Conduct for Delaware state. Supreme Court Rule Conflict of Interest

2.

3.

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want a new Attorney of Ammunity & $100,000.00 For all my Pain & Suffering For Cruel and Unusual Sentencing

3

2. _____
_____
_____
_____
_____

3. _____
_____
_____
_____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this \_\_\_20th\_\_\_ day of \_\_March_____, 2\_007\_.

\_\_\_Alberto Jou_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4





Clerk
U.S. District Court
Lock Box 18
844 N. King Street
Wilm, N 19801

Alberto Lau
S.B.I.# 434538
P.O. Box 9561
Wilm, DE 19801