IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALBERTO M. LAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-164-SLR |
| | ) |
| EDWARD C. PANKOWSKI, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 25th day of May, 2007;

IT IS ORDERED THAT:

Plaintiff, Alberto M. Law's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the court's April 4, 2007 order. (D.I. 4). The order notified plaintiff he was required to file a certified copy of his trust account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. The April 4, 2007 order further notified plaintiff that the documents were to be filed within thirty (30) days from the date the order was sent or the case would be dismissed. Id. To date, the required documents have not been received from plaintiff.

_____
UNITED STATES DISTRICT JUDGE